NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

_____
                                                    )
GINO BALDANI, Millburn Police Officer,   )
                                                    )        Hon. Katharine S. Hayden
                    Plaintiff,                      )
                                                    )        Civil Action No. 07-4792
        v.                                          )
                                                    )        **ORDER**
TOWNSHIP OF MILLBURN, GOVERNING     )
BODY OF THE TOWNSHIP OF MILLBURN,   )
                                                    )
                    Defendant.                      )
_____)

This matter having come before the Court upon the motion (Doc. No. 39) for summary judgment filed by Defendant the Township of Millburn ("Township"); and the Court having considered the parties' submissions and decided the motion without oral argument pursuant to Federal Rule of Civil Procedure 78; and for the reasons stated in the accompanying Memorandum Opinion;

IT IS THIS 30th day of June, 2010,

ORDERED that the Township's motion (Doc. No. 39) is GRANTED, such that JUDGMENT is ENTERED in favor of the Township and against Plaintiff on all counts of Plaintiff's Complaint.

Nothing remains of Plaintiff's Complaint.   The Clerk shall mark this matter CLOSED.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J